**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-7038

JOE LEE FULGHAM,

Plaintiff - Appellant,

v.

THE COMMONWEALTH OF VIRGINIA (DOC) MENTAL AND MEDICAL
DOCTORS; OBIC HOSPITAL SUFFOLK, VA; TIDEWATER MENTAL HEALTH
SERVICES,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (2:09-cv-00089-JBF-TEM)

Submitted:  December 17, 2009      Decided:  December 28, 2009

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joe Lee Fulgham, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joe Lee Fulgham appeals the district court's order dismissing his 42 U.S.C § 1983 (2006) action for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fulgham v. The Commonwealth of Virginia Mental and Med. Doctors, No. 2:09-cv-00089-JBF-TEM (E.D. Va. Apr. 27, 2009). We deny Fulgham's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED